**United States District Court**
For the Northern District of California

1

2

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7    DAVID COLLINS, et al.,

8              Plaintiffs,                    No. C 06-5171 PJH

9         v.                                  **ORDER**

10   UKIAH VALLEY MEDICAL CENTER,
     et al.,
11

12            Defendants.
     _____/

13        The above-entitled action was removed from the Superior Court of California,

14   County of Mendocino, on August 24, 2006, by defendant United States of America,

15   pursuant to 28 U.S.C. §§ 1441(a), (e), and 2679(d)(2), and 42 U.S.C. § 233.

16        On August 25, 2006, the United States filed a motion to dismiss, for failure to

17   exhaust administrative remedies under the Federal Tort Claims Act.  The motion to dismiss

18   was noticed for hearing on October 5, 2006.  Under the Civil Local Rules of this court,

19   plaintiffs' opposition to the motion to dismiss was due on September 14, 2006.

20        On August 30, 2006, the Mendocino County Superior Court granted the previously-

21   filed motion of plaintiffs' counsel Douglas C. Fladseth to withdraw as counsel.  On

22   September 25, 2006, the United States filed a "notice of non-opposition" to its motion to

23   dismiss, noting that plaintiffs had filed no opposition, and requesting that the court dismiss

24   the United States from the action.  On October 6, 2006, Mr. Fladseth filed a copy of the

25   August 30, 2006, order granting his request to withdraw as counsel.  On October 12, 2006,

26   the United States re-noticed the hearing on the motion to dismiss, for November 29, 2006.

27        The order allowing Mr. Fladseth to withdraw as counsel has no effect in this court,

28   because the case was removed before the Superior Court issued the order.  Mr. Fladseth

1  was counsel of record for plaintiffs at the time of removal, and he can be relieved as

2  counsel only by order of this court.  If Mr, Fladseth still seeks to be relieved as counsel, he

3  must file a motion, noticed for hearing before this court.  Both Mr. Fladseth and his clients –

4  plaintiffs David Collins, Nicholas Schenck, and Jeremy Schenck – must attend the hearing,

5  as must any defendants that have appeared in the case to date (or their counsel).

6         The motion shall be filed no later than October 25, 2006.  Any opposition to the

7  motion shall be filed no later than November 1, 2006.  The court will hear the motion on

8  Wednesday, November 8, 2006, at 9:00 a.m., in Courtroom 3, 17th Floor of the Federal

9  Building, 450 Golden Gate, San Francisco, California.

10        The hearing on the motion to dismiss, previously set for November 29, 2006, is

11  VACATED.  If necessary, the United States may re-notice the motion after the hearing on

12  the motion to withdraw as counsel.

13

14  **IT IS SO ORDERED.**

15  Dated:  October 17, 2006

16                                                          _____
                                                            PHYLLIS J. HAMILTON
17                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2

*United States District Court*
For the Northern District of California