**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID COLLINS, et al.,

       Plaintiffs,

     v.

UKIAH VALLEY MEDICAL CENTER,
et al.,

       Defendants.
_____/

No. C 06-5171 PJH

**ORDER TO SHOW CAUSE**

    TO DOUGLAS C. FLADSETH, COUNSEL OF RECORD FOR PLAINTIFFS DAVID

COLLINS, NICHOLAS SCHENCK, AND JEREMY SCHENCK:

    You are hereby ORDERED to appear at 9:00 a.m. on Wednesday, November 22,

2006, in Courtroom 3, 17th Floor of the Federal Building, 450 Golden Gate Avenue, San

Francisco, California, to show cause why the court should not impose monetary sanctions

pursuant to 28 U.S.C. § 1927 for your failure to appear on November 8, 2006, as ordered

by the court in its order dated October 17, 2006.

    Also on November 22, 2006, at 9:00 a.m., the court will consider your motion to

withdraw as counsel for plaintiffs.  Both you and your clients are REQUIRED to be present

for this hearing.  Failure to appear may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**

Dated:  November 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge