UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID COLLINS, et al.,

    Plaintiffs,

    v.

UKIAH VALLEY MEDICAL CENTER, et al.,

    Defendants.

_____/

No. C 06-5171 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFFS DAVID COLLINS, NICHOLAS SCHENCK, AND JEREMY SCHENCK:

You are hereby ORDERED to personally appear at 9:00 a.m. on Wednesday, November 22, 2006, in Courtroom 3, 17th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, to show cause why the court should not dismiss the above-entitled action pursuant to Federal Rule of Civil Procedure 41(b) for your failure to personally appear at the November 8, 2006, hearing, as ordered by the court in its order dated October 17, 2006.

Also on November 22, 2006, at 9:00 a.m., the court will consider Mr. Fladseth's motion to withdraw as counsel. You are REQUIRED to be present for this hearing.

**IT IS SO ORDERED.**

Dated: November 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge