1  **Douglas C. Fladseth** (Bar No. 083420)
   **LAW OFFICES OF DOUGLAS C. FLADSETH**
2  50 Old Courthouse Square, Suite 600
   Santa Rosa, California 95404
3  Telephone: (707) 545-2600
   Fax: (707) 545-0552
4
   **Attorney for Plaintiffs**
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COLLINS, et al. | Case No. C 06-5171 PJH |
| Plaintiffs, | ~~STIPULATION AND PROPOSED~~ ORDER ~~TO CONTINUE 11/22/2006 HEARING~~ |
| vs. | DENYING REQUEST TO CONTINUE |
| UKIAH VALLEY MEDICAL CENTER, et al. | Honorable Phyllis J. Hamilton Presiding United States District Judge |
| Defendants. | |

  The parties to this case, by and through their undersigned counsel, hereby enter into the following stipulation and request the following order from the Court.

  1. There is presently before the Court a hearing on November 22, 2006 at 9:00 a.m. in Courtroom 3, the Honorable Phyllis J. Hamilton presiding. Douglas C. Fladseth has attempted to contact plaintiffs numerous times by telephone without success. Written correspondence by Federal Express was mailed to each plaintiff on November 15, 2006 without response. Fladseth is concerned that a court appearance Wednesday morning, the day before Thanksgiving, will not be an economic use of government and private resources under these circumstances and that all issues will in all likelihood shortly become moot. As such, he respectfully requests that the Court continue the hearing 2-4 weeks. Counsel for the United States of America does not oppose the request, and stipulates thereto.

1  IT IS SO STIPULATED.
2
3
4  DATED:  November 20, 2006                LAW OFFICES OF DOUGLAS C. FLADSETH
5
6                                           _____
                                            DOUGLAS C. FLADSETH
7                                           Attorney for Plaintiffs
8  DATED:  November 20, 2006
9                                           LETITIA KIM, Assistant United States Attorney
10                       **ORDER**
11       The hearing of November 22, 2006 is hereby continued to _____, 2006 at
12  9:00 a.m. in Courtroom 3, Federal Building, 450 Golden Gate Ave., 17th Floor, San Francisco,
13  California.
14
15       **IT IS SO ORDERED.**
16
17  DATED:  November 21, 2006

DENIED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18
19
20
21
22
23
24
25
26
27
28