**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11   DAVID COLLINS, et al.,

12          Plaintiffs,                    No. C 06-5171 PJH

13          v.                             **ORDER GRANTING MOTION TO
                                           WITHDRAW AS COUNSEL**
14   UKIAH VALLEY MEDICAL CENTER,
     et al.,
15
            Defendants.
16   _____/

17          The motion of plaintiffs' counsel Douglas C. Fladseth for leave to withdraw as

18   counsel came on for hearing before this court on November 22, 2006.  Mr. Fladseth

19   appeared, as did plaintiff Nicholas Schenck.  Plaintiffs David Collins and Jeremy Schenck

20   did not appear.  Defendant United States of America appeared by its counsel Letitia R.

21   Kim.

22          Based on the information presented to the court by Mr. Fladseth, the court finds that

23   the motion must be GRANTED.

24          As stated at the hearing, the date for the initial case management conference,

25   previously set for Thursday, December 7, 2006, has been CONTINUED.  The new date for

26   the case management conference is Thursday, January 18, 2007, at 2:30 p.m.  The parties

27   must file a joint case management conference statement in accordance with the Civil Local

28   Rules.

1    If plaintiffs David Collins, Jeremy Schenck, and Nicholas Schenck have not found

2  counsel to represent them by January 18, 2006, they must all personally appear at the

3  case management conference.  Any plaintiff that is unrepresented by counsel and that

4  does not appear will be dismissed from the case.

5    The court will set a briefing and hearing schedule for the United States' motion to

6  dismiss at the case management conference.

7

8  **IT IS SO ORDERED.**

9  Dated: November 28, 2006

10  _____
    PHYLLIS J. HAMILTON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2