IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID COLLINS, NICHOLAS SCHENCK, JEREMY SCHENCK,

    Plaintiff,

v.

UKIAH VALLEY MEDICAL CENTER, et al.,

    Defendant.

No. C 06-5171 PJH

**ORDER TO SHOW CAUSE**

The initial case management conference was continued on November 22, 2006, at the hearing on plaintiffs' counsel's motion to withdraw, to January 18, 2007, at the request of Nicholas Schenck so that he might attempt to locate substitute counsel. Neither of the other two plaintiffs appeared and Nicholas Schenck was advised that he could not represent them. By order filed November 28, 2006, all plaintiffs were advised of the date for the conference and ordered to appear either through new counsel or in person if they remained unrepresented. They were further advised that they must file a joint case management statement in advance of the conference. The court order mailed to Jeremy Schenck was returned as undeliverable. The orders mailed to the other two plaintiffs were not returned. No plaintiff appeared at the conference. Counsel for defendants advised that their mail to one or more of the plaintiffs had also been returned as undeliverable.

The court hereby ORDERS ALL PLAINTIFFS TO SHOW CAUSE why their claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will take place on **February 1, 2007 at 2:30 p.m.** If any plaintiff fails to appear, his complaint will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 19, 2007

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE