IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID COLLINS, NICHOLAS SCHENCK, JEREMY SCHENCK,

    Plaintiff,

v.

UKIAH VALLEY MEDICAL CENTER, et al.,

    Defendant.

                                 /

No. C 06-5171 PJH

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

       The initial case management conference was continued on November 22, 2006, at the hearing on plaintiffs' counsel's motion to withdraw, to January 18, 2007, at the request of Nicholas Schenck so that he might attempt to locate substitute counsel.  Neither of the other two plaintiffs appeared and Nicholas Schenck was advised that he could not represent them.  By order filed November 28, 2006, all plaintiffs were advised of the date for the conference and ordered to appear either through new counsel or in person if they remained unrepresented.  They were further advised that they must file a joint case management statement in advance of the conference.  The court order mailed to Jeremy Schenck was returned as undeliverable.  The orders mailed to the other two plaintiffs were not returned. No plaintiff appeared at the conference.  Counsel for defendants advised that their mail to one or more of the plaintiffs had also been returned as undeliverable.

       On the same date the court issued an order to show cause why the case should not be dismissed for failure to prosecute.  As plaintiffs are proceeding without counsel, copies of the order were mailed to the addresses they had provided to the court.  None of the notices were returned as

1  undeliverable.  However, none of the plaintiffs appeared at the hearing.

2  When circumstances make such action appropriate, a district court may dismiss a complaint
3  for failure to prosecute, in order to achieve the orderly and expeditious disposition of cases.  See
4  Link v. Wabash R.R. Co., 370 U.S. 626, 630-32 (1962); Oliva v. Sullivan, 958 F.2d 272, 273 (9th
5  Cir. 1992).  Two of the plaintiffs' failure to appear at the hearing on counsel's motion to withdraw,
6  although they were ordered to do so, all three plaintiffs' failure to appear at the re-scheduled case
7  management conference, and their further failure to appear at the subsequent hearing on the order to
8  show cause, constitute circumstances warranting the court's dismissal of plaintiffs' complaint
9  pursuant to Rule 41(b).

10  Accordingly, the complaint is dismissed.

11  **IT IS SO ORDERED.**

12  Dated: February 1, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge